JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-264 RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO EXTEND TIME TO FILE INDICTMENT |
| RAUL GUERRERO-VERDEJO, | ) | |
| Defendant. | ) | |

The Court, having reviewed the stipulation of the parties, and defense counsel's supporting affidavit to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18

ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Raul Guerrero-Verdejo*;   #06-264RSM)           1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  U.S.C. § 3161(h)(8)(A).

2  IT IS THEREFORE HEREBY ORDERED that the time within which an
3  indictment in this case must be filed against the defendant shall be extended from
4  September 1, 2006, to September 29, 2006.

5  IT IS FURTHER ORDERED that the period of delay from September 1, 2006, to
6  September 29, 2006, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§
7  3161 *et seq.*

8  DONE this _28_ day of _August_, 2006.

9
10
11
12  RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE
13
    Presented by:
14
    s/ Robert H. Gombiner
15  WSBA # 16059
    Assistant Federal Public Defender
16  Attorney for Juan Ortiz-Silva
    Federal Public Defender's Office
17  1601 Fifth Avenue, Suite 700
    Seattle, WA 98101
18  Phone: (206) 553-1100
    Fax:   (206) 553-0120
19  robert_gombiner@fd.org

20
21
22
23
24
25
26

ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Raul Guerrero-Verdejo*; #06-264RSM)        2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**